**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| E*TRADE Securities LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Deutsche Bank AG et al.,<br><br>　　　　　Defendants. | Civil No. 02-3711 (RHK/AJB) |
| E*TRADE Securities LLC as assignee of Fiserv Securities, Inc.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Nomura Canada, Inc. et al.,<br><br>　　　　　Defendants. | Civil No. 03-5311 (RHK/AJB) |

## ORDER

Plaintiff E*TRADE Securities LLC's ("E*TRADE") Motion For Leave To File A Single Consolidated Brief In Opposition To The Nomura Defendants' Three Summary Judgment Motions is **GRANTED** as follows:

1. E*TRADE may file a consolidated brief in opposition to the summary judgment motions filed by Nomura Securities International, Inc., Nomura Canada, Inc. and Scott Reed.

2. The word count limitation applicable to E*TRADE's consolidated opposition brief is expanded to 36,000 words.

Dated: June  21 , 2005　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　The Honorable Richard H. Kyle
　　　　　　　　　　　　　　　　　　　United States District Judge