**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| E*TRADE Securities LLC,<br>      *Plaintiff,*<br>    v.<br>Deutsche Bank AG et al.,<br>      *Defendants.* | Civil No. 02-3711 (RHK/AJB)<br><br>ORDER |
| E*TRADE Securities LLC as assignee of Fiserv Securities, Inc.,<br>      *Plaintiff,*<br>    v.<br>Nomura Canada, Inc. et al.,<br>      *Defendants.* | Civil No. 03-5311 (RHK/AJB) |

BASED UPON THE STIPULATIONS (Civil No. 02-3711, Doc. No. 900, Civil No. 03-5311, Doc. No. 477), **IT IS ORDERED** that all claims by E*TRADE Securities LLC against James Smith in the above-entitled actions are hereby **DISMISSED WITH PREJUDICE,** without further costs, disbursements or attorneys' fees to any party.

Dated: September 8, 2006

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge