# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

James P. Stephenson, in his capacity as trustee for
the estate of MJK Clearing, Inc.,

                Plaintiff,

         -v-

Deutsche Bank AG et al.,

                Defendants.

**DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

Civil No. 02-4845 (RHK/AJB)

-------------------------------------------------------------------------

Ferris, Baker Watts, Inc.,

                Plaintiff,

        - v.-

Deutsche Bank Securities Limited, et al.,

                Defendants.

Civ. No. 02-3682 (RHK/AJB)

-------------------------------------------------------------------------

E*Trade Securities LLC,

                Plaintiff,

        - v.-

Deutsche Bank AG, et al.,

                Defendants.

Civ. No. 02-3711 (RHK/AJB)

-------------------------------------------------------------------------

Wedbush Morgan Securities, Inc.,

                                Plaintiff,                    Civil No. 03-5198 (RHK/AJB)

          -v.-

Deutsche Bank AG et al.,

                                Defendants.

-----------------------------------------------------------------------

CIBC World Markets, Inc.,

                                Plaintiff,

          - v.-                             Civ. No. 04-1469 (RHK/AJB)

Deutsche Bank Securities, Inc., et al.,

                                Defendants.

-----------------------------------------------------------------------

Stockwalk Group, Inc.,

                                Plaintiff,

          - v.-                             Civ. No. 04-4164 (RHK/AJB)

Deutsche Bank AG, et al.,

                                Defendants.

-----------------------------------------------------------------------

E*Trade Securities LLC, as assignee of Fiserv
Securities, Inc.,

Plaintiff,

- v.-                                                       Civ. No. 03-5311 (RHK/AJB)

Nomura Canada, Inc., et al.,

Defendants.

_____

The above-entitled matters have been assigned to the undersigned,
a Judge of the above Court.  Pursuant to Title 28, United States Code
§ 455, the undersigned recuses himself from hearing these matters.
Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment
of Cases Order dated June 29, 2006, the above-captioned actions shall
be resubmitted to the Clerk of Court for reassignment from the
Securities List.  Because the above cases have been classified as
"related," the reassignments shall be to the same District Judge for each
of the cases.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed
in each of the above-captioned cases.

Dated:  September 12, 2006

s/Richard H. Kyle<br>RICHARD H. KYLE<br>United States District Judge

3