UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

E* TRADE Securities LLC,

    Plaintiff,
v.                                    ORDER
                                       Civil No. 02-3711(MJD/AJB)

Deutsche Bank AG et al,

    Defendants.

---

The above-entitled matter comes before the Court upon Plaintiff's objections to the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan dated July 20, 2007.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review the Court ADOPTS the Report and Recommendation dated July 20, 2007.

IT IS HEREBY ORDERED that E*TRADES' submission of proof in support of its motion for default judgment as to damages is DENIED.

Date: September 25, 2007

                                                  s/Michael J. Davis
                                                  Michael J. Davis
                                                  United States District Court